**James M. Barrett**, OSB No. 011991
E-mail:  jmb@aterwynne.com
**Heidee Stoller**, OSB No. 072835
E-mail:  hs@aterwynne.com
**ATER WYNNE LLP**
1331 NW Lovejoy Street, Suite 900
Portland, OR  97209-3280
Tel:  (503) 226-1191; Fax:  (503) 226-0079
   Attorney for Defendant Allscripts Healthcare, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST ASTHMA ALLERGY CENTER**,<br><br>                Plaintiff,<br><br>        v.<br><br>**ALLSCRIPTS-MISYS LLC**,<br><br>                Defendant. | Case No. CV 11-1245 SI<br><br>**STIPULATED PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING ABRITRATION** |

   **BASED UPON** the following stipulation of the parties for an order granting Defendant's

Motion to Stay Pending Arbitration (Dkt. #10), and the Court finding good cause,

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING ABRITRATION

Page 1

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

1337349/2/HS/105825-0001

**IT IS HEREBY ORDERED** that under the authority granted by 9 U.S.C. § 3, Defendant's Motion is GRANTED and the above-captioned case is stayed pending the outcome of arbitration. This stay shall be in effect until the earlier of the completion of binding arbitration or the issuance of an order by the arbitrator indicating that the claims set out in the Complaint are not subject to arbitration.

**DATED** this _____ day of November, 2011.

_____
Michael H. Simon
U.S. District Court Judge

**IT IS SO STIPULATED**

**ATER WYNNE LLP**

By: /s/ Heidee Stoller                    **DATED** this 22nd day of November, 2011.
   James M. Barrett, OSB No. 011991
   E-mail: jmb@aterwynne.com
   Heidee Stoller, OSB No. 072835
   E-mail: hs@aterwynne.com
   Tel: (503) 226-1191; Fax: (503) 226-0079
Attorneys for Defendant Allscripts Healthcare, LLC

**DUNN CARNEY ALLEN HIGGINS & TONGUE LLP**

By: /s/John R. Barhoum[1]                **DATED** this 22nd day of November, 2011.
   John R. Barhoum, OSB No. 045150
   E-mail: jbarhoum@dunncarney.com
   Tel: (503) 417-5497; Fax: (503) 224-7324
Attorneys for Plaintiff Northwest Asthma Allergy Center

---

[1] Authorization to sign obtained on November 22, 2011.

STIPULATED PROPOSED ORDER GRANTING DEFENDANT'S
MOTION TO STAY PENDING ABRITRATION

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING ABRITRATION** with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following person:

> John R. Barhoum
> Dunn Carney Allen Higgins & Tongue LLP
> 851 SW 6th Avenue, Suite 1500
> Portland, OR   97204
> jbarhoum@dunncarney.com
>
> Attorney for Plaintiff

DATED this 22nd day of November, 2011.

> /s/ Heidee Stoller
> James M. Barrett, OSB No. 011991
> E-mail:  jmb@aterwynne.com
> Heidee Stoller, OSB No. 072835
> E-mail:  hs@aterwynne.com
> Attorneys for Defendant
> Allscripts Healthcare, LLC

CERTIFICATE OF SERVICE

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

Page 3

1337349/2/HS/105825-0001